UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION  09mj102 JSM |
| Plaintiff, | ) | |
| v. | ) | (29 U.S.C. § 439(c)) |
| DANIEL FORTIER, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNTS 1-2
### (False Records)

1. At all times material to this information, Local 970 of the International Brotherhood of Teamsters operated in Minneapolis, MN, representing employees of Smith Foundry, and 30 other employers.

2. At all times material to this information, Local 970 was a labor organization within the meaning of 29 U.S.C. 402(i).

3. At all times material to this information, Daniel Fortier was employed as an officer of Local 970, specifically the secretary treasurer.

4. Beginning on or about February 9, 2004, and continuing through on or about September 17, 2007, in Minneapolis, in the State and District of Minnesota,

**DANIEL FORTIER,**

willfully made false entries in records required to be kept under Section 436 of Title 29 of the United States Code, which requires labor organizations to maintain records that verify

SCANNED
MAR 25 2009
U.S. DISTRICT COURT MPLS

FILED MAR 2 4 2009
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED___
DEPUTY CLERK'S INITIALS___

information in documents that must be filed with the Secretary of Labor concerning the financial affairs of the labor organizations, including vouchers and other records of payment by the labor organization to its officers. The records of Local 970 which the defendant falsified or caused to be falsified were credit card receipts for meals obtained from restaurants at which the defendant claimed he was meeting with business associates to discuss union business when in fact he was dining with his girlfriend K.M. and T.M., K.M.'s father, for which no union benefit was derived.

These false records were created in connection with various meals primarily at Nye's Restaurant in Minneapolis including the following:

| Count | Date of False Record | Amount |
| --- | --- | --- |
| 1 | February 5, 2005 (K. M.'s Birthday) | $306.30 |
| 2 | February 14, 2005 (St. Valentine's Day) | $172.74 |

All in violation of Title 29, United States Code, Section 439(c).

Dated: March 24, 2009

FRANK J. MAGILL, JR.
United States Attorney

BY: ANN M. ANAYA
Assistant U.S. Attorney
Attorney ID No. 243668